Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
maddison@mcdonaldcarano.com

Attorneys for Defendant
Comenity Capital Bank

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD SCHALLER,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., COMENITY CAPITAL BANK,<br><br>  Defendants. | Case No. 2:21-CV-01021-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT COMENITY CAPITAL BANK TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Edward Schaller ("Plaintiff") and Defendant Comenity Capital Bank ("Comenity"), by counsel, hereby stipulate as follows:

1. Comenity was served with the Complaint on or about June 2, 2021. Comenity's responsive pleading is currently due on June 23, 2021.

2. Counsel for Comenity was recently retained and needs additional time to investigate the facts and legal claims asserted in the Complaint and to prepare an appropriate response.

3. Plaintiff and Comenity agree to extend the time Comenity has to respond to the Complaint by 30 days, to and including July 23, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

4. This is the first stipulation to extend Comenity's deadline to respond to Plaintiff's Complaint and is not made for the purpose of delay.

DATED: June 16, 2021.

Respectfully submitted,

| CONTEMPORARY LEGAL SOLUTIONS | MCDONALD CARANO, LLP |
|---|---|
| By: */s/ Robert M. Tzall (with consent)*<br>Robert M. Tzall (NSBN 13412)<br>2551 North Green Valley Parkway<br>Building C, Suite 303<br>Henderson, NV 89014<br>Telephone: (702) 666-0233<br><br>*Plaintiff Edward Schaller* | By: */s/ Sarah Ferguson*<br>Matthew C. Addison (NSBN 4201)<br>Sarah A. Ferguson (NSBN 14515)<br>MCDONALD CARANO, LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br><br>*Defendant Comenity Capital Bank* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-16-2021

4834-9689-4959, v. 1

2