# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

EDWARD SCHALLER,

        Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., COMENITY CAPITAL BANK,

        Defendants.

2:21-cv-01021-JCM-VCF

**ORDER**

        Before the Court is the Notice of Settlement Between Defendant Experian Information Solutions, Inc. and Plaintiff (ECF No. 14).

        Accordingly,

        IT IS HEREBY ORDERED that all deadlines are stayed.

        IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before October 12, 2021.

        DATED this 10th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE