Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SCHALLER,<br><br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., COMENITY CAPITAL BANK,<br><br>        Defendant(s). | Case No. 2:21-cv-01021-JCM-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK**<br><br>Complaint filed:  May 28, 2021 |

On August 10, 2021, Plaintiff and Experian Information Solutions, Inc. ("Experian") filed a notice of settlement with the Court, stating that the parties anticipated completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days. (ECF No. 14). Experian is working with Plaintiff to receive its signature, once received, it will finalize its countersignature and remaining items required for settlement.  The parties respectfully

request an additional sixty (60) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 12th day of October 2021.

NAYLOR & BRASTER

By: /s/ Benjamin B. Gordon
   Jennifer L. Braster
   Nevada Bar No. 9982
   Benjamin B. Gordon
   Nevada Bar No. 15552
   1050 Indigo Drive, Suite 200
   Las Vegas, NV 89145

   *Attorneys for Defendant*
   *Experian Information Solutions, Inc.*

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before December 12, 2021.

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

DATED _____  10-13-2021

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this <u>12th</u> day of October 2021, I caused the document **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** to be served through the Court's CM/ECF system addressed to:

Robert M. Tzall
Contemporary Legal Solutions PLLC
2551 N Green Valley Pkwy Bld. C Ste. 303
Henderson, NV 89014
Email: office@contemporarylegalsolutions.com
*Attorneys for Plaintiffs*

<u>/s/ Amy Reams</u>
An Employee of NAYLOR & BRASTER