1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert M. Tzall
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303,
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

EDWARD SCHALLER,

      Plaintiff,

  vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.,
COMENITY CAPITAL BANK,
.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:21-cv-1021-JCM-VCF

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
EXPERIAN INFORMATION
SOLUTIONS, INC.**

    IT IS HEREBY STIPULATED by and between Plaintiff Edward Schaller ("Plaintiff")

and Experian Information Solutions, Inc. ("Defendant"), by and through their respective counsel

of record, that the above-captioned action, be and hereby is dismissed as to Experian Information

Solutions, Inc. with prejudice in accordance with the Federal Rules of Civil Procedure Rule

41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

Dated:  November 11, 2021

/s/*Robert M. Tzall*
Robert M. Tzall, Esq.
Contemporary Legal Solutions
*Attorneys for Plaintiff*

NAYLOR & BRASTER

By:  /s/ Jennifer L. Braster
 Jennifer L. Braster
 Nevada Bar No. 9982
 Benjamin B. Gordon
 Nevada Bar No. 15552
 1050 Indigo Drive, Suite 200
 Las Vegas, NV 89145

 Katherine A. Neben
 Nevada Bar No. 14590
 JONES DAY
 3161 Michelson Drive, Suite 800
 Irvine, CA 92612

*Attorneys for Defendant Experian
Information Solutions, Inc.*

**IT IS SO ORDERED** November 16, 2021.

_____
UNITED STATES DISTRICT JUDGE